# For the Seventh Circuit
# Chicago, Illinois 60604

## APPEARANCE

Appellate Court No.: 23-1827 Docketed on: 5/1/23
Short Caption: Jeremy Langley, et al. v. Brendan Kelly
District Court Judge: Stephen P. McGlynn
District Court No.: 3:23-cv-00192-SPM

*******************************************************************************

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non - involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.

*******************************************************************************

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:
Brendan Kelly, in his official capacity as Director of the Illinois State Police as the
(Party Name)

[X] appellant(s)        [ ] appellee(s)         [ ] amicus curiae
[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

Firm, Office or Facility: OFFICE OF THE ATTORNEY GENERAL
Unit, Division or Section: CIVIL APPEALS DIVISION
Address: 100 West Randolph Street, 12th Floor
City/State/Zip: Chicago, Illinois 60601
Firm Telephone Number: (312) 814-3312

Name:     Carson R. Griffis
Signature: /s/ Carson R. Griffis
Direct Phone No. (312) 814-2575
Admitted to Appellate Court? Yes

Add other counsel from your firm who will be participating in this case and did not receive an appearance form.

1. Print Name: _____  2. Print Name: _____
   Signature: _____  Signature:_____
   Direct Phone No. ( )                 Direct Phone No. ( )
   Admitted to Appellate Court? Y___ N___  Admitted to Appellate Court? Y___ N

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a). (1076-122194)

# CERTIFICATE OF FILING AND SERVICE

I certify that on May 3, 2023, I electronically filed the foregoing Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participant in this appeal is a registered CM/ECF user and will be served by the CM/ECF system:

    Thomas G. Maag
    tmaag@maaglaw.com

    /s/ Carson R. Griffis
    CARSON R. GRIFFIS
    Assistant Attorney General
    100 West Randolph Street
    12th Floor
    Chicago, Illinois 60601
    (312) 814-2575 (office)
    (773) 590-7116 (cell)
    Carson.Griffis@ilag.gov