# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 11, 2023

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| Nos. 23-1825, 23-1826, 23-1827 & 23-1828 | |
| JEREMY W. LANGLEY, et al., *Plaintiffs-Appellees* | Appeals from the United States District Court for the Southern District of Illinois. |
| v. | No. 23-CV-00192 |
| BRENDAN KELLY, in his official capacity as Director of the Illinois State Police, *Defendant-Appellant.* | Stephen P. McGlynn, *Judge*. |

**O R D E R**

Plaintiffs-Appellees filed a petition for rehearing and rehearing *en banc* on November 8, 2023. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing and rehearing *en banc* is therefore **DENIED**.