# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 29, 2024

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: Jeremy W. Langley, et al.
v. Brendan F. Kelly, in His Official Capacity as Director of the Illinois State Police, et al.
No. 23-944
(Your No. 23-1827)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 23, 2024 and placed on the docket February 29, 2024 as No. 23-944.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst